**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6776**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

LENNELL DYCHES,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Joseph F. Anderson, Jr., District
Judge.  (8:06-cr-00136-JFA-1)

———————

Submitted:  October 18, 2011          Decided:  October 21,2011

———————

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lennell Dyches, Appellant Pro Se.  Elizabeth Jean Howard,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lennell Dyches appeals the district court's order denying his self-styled motion to dismiss his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Dyches, No. 8:06-cr-00136-JFA-1 (D.S.C. June 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED